An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ROCK SPRINGS MESQUITE 2 OWNERS' ASSOCIATION, A NEVADA DOMESTIC NON-PROFIT CORPORATION,<br><br>Appellant,<br>vs.<br>FLOYD E. OLSEN; AND GAYLE G. OLSEN, HUSBAND AND WIFE,<br>Respondents. | No. 64227<br><br>**FILED**<br><br>DEC 1 1 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Kenneth C. Cory, District Judge
Boyack & Taylor
Dennett Winspear, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-40351